Edward C. McREADY, Plaintiff–
Appellant,

v.

Martin O'MALLEY, Honorable, in his official capacity as Governor of the State of Maryland; University System of Maryland; William E. Kirwan; University of Maryland University College; Susan Aldridge; Lawrence E. Leak; Greg Von Lehman; John Volpe; Rhea Reed; Rachel Zelkind; Shawna Acker–Ball; Megan Farrell; Thomas Hogan; State of Maryland; Elizabeth Mulherrin; Adelaide A. Lagnese, Defendants–Appellees.

No. 10–1402.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 30, 2010.

Decided: Oct. 7, 2010.

Edward C. McReady, Appellant Pro Se. Thomas Faulk, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward C. McReady appeals the district court's orders that denied his motion for

reconsideration of its prior order denying McReady leave to file amended complaints; denied his motion to rescind its prior order denying leave to file amended complaints; and denied reconsideration of these rulings.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders McReady seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*